# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

EARNEST T. FRIAR, JR.                                    PLAINTIFF

v.                       No. 1:17-cv-100-DPM

HAROLD S. ERWIN, Judge,
Jackson County Circuit Court,
STEVEN G. HOWARD, Prosecuting
Attorney, SCOTT NANCE, Public
Defender, WRIGHTSVILLE UNIT,
Arkansas Department of Correction,
MARK HARMON, Arkansas Parole
Board, ACC Agent                                         DEFENDANTS

## JUDGMENT

Friar's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2017